UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

SAM SPREI,
        also known as
        "Yechiel Sprei,"
        "Shimon Sprei,"
        and "Eli Shapiro," and
EDWARD HAROLD KING,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

**P R O P O S E D   O R D E R**

Case No. 26-MJ-091 (CHK)

Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Andrew D. Wang and Rebecca M. Schuman, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:    Brooklyn, New York
                May 13  , 2026

                                   _____
                                   HONORABLE CLAY H. KAMINSKY
                                   UNITED STATES MAGISTRATE JUDGE
                                   EASTERN DISTRICT OF NEW YORK