# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

United States of America

NOTICE OF APPEARANCE

-v-

Docket Number : 26 MJ 91

Judge :

Sam Sprei

Date : 5/13/2026

Defendant.

PLEASE NOTICE, that I have been RETAINED by defendant

the above named defendant.   I was admitted to practice in this district on _____ .

Signature : Ezra E. Lent

Print Name : EZRA E. LENT

Bar Code : 618451 9

Office Address : 256 5th Ave , 2nd FL

New York, NY 10001

Telephone # : 212-750-7800

*** NOTICE TO ATTORNEY***

**Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.