# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN
——
MARK M. BAKER
OF COUNSEL

ANDREW STEBBINS

EZRA E. LENT

**VIA ECF**

Honorable Peggy Cross-Goldenberg
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

Re:  USA v. Sprei et al, 1:26-mj-00091-PCG-1

Dear Judge,

I write, with the consent of the Government, to respectfully request that the Court grant an extension of time, through and including Wednesday, May 20, to produce a suretor. The parties have agreed that the defense will appear before the Court on that date with the proposed suretor. To the extent the Court grants this application for an adjournment, we respectfully request that the Court advise the parties of the time for the appearance on that date.

Respectfully,

Ezra E. Lent, Esq.

Brafman & Associates, P.C.
256 Fifth Avenue, 2nd Floor
New York, NY 10001
(212)750-7800
elent@braflaw.com

**cc: Government Counsel (via ECF)**