AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-mj-00091-PCG |
| SAM SPREI | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SAM SPREI

Date:    05/19/2026

*Attorney's signature*

Benjamin Brafman - 1051473
*Printed name and bar number*

256 5th Avenue
2ND FLOOR
New York, NY 10001

*Address*

BBRAFMAN@BRAFLAW.COM
*E-mail address*

(212) 750-7800
*Telephone number*

(212) 750-3906
*FAX number*