# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

———

MARK M. BAKER
OF COUNSEL

ANDREW STEBBINS

EZRA E. LENT

May 19, 2026

**<u>VIA ECF</u>**

Honorable Clay H. Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

Re:  <u>USA v. Sprei et al</u>, 1:26-mj-00091-PCG-1

Dear Judge Kaminsky:

We write to respectfully request an adjournment of the bond hearing for Mr. Sprei, which is currently scheduled for Wednesday, May 20th, at 2 pm.

The government and counsel for Mr. Sprei have not been able to agree on a suretor who would be willing to co-sign the current $500,000 bond. Accordingly, we respectfully request that the Court adjourn this matter without a date and keep all current bail conditions in place.

Thank you for the courtesy the Court has extended to counsel and the defendant to date.

Respectfully,

Benjamin Brafman
*Counsel for Defendant Sam Sprei*
Brafman & Associates
256 Fifth Avenue
New York, NY 10001
Tel (212) 750-7800
Bbrafman@braflaw.com

Cc:  AUSA Alexander Wang
     AUSA Rebecca Schuman