UNITED STATES OF AMERICA
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

|  |  |
|---|---|
| v. | NOTICE OF APPEARANCE |
|  | Case No.: 26-MJ-91 (PCG) |

SAM SPREI,

              Defendant.
-------------------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Jacob Kaplan, Esq., of Agnifilo Intrater LLP, 140 Broadway, Suite 2450, New York, NY 10005 is appearing for defendant SAM SPREI in the above-captioned matter.

Dated: June 11, 2026
      New York, NY

                                   _____
                                   Jacob Kaplan, Esq.
                                   Agnifilo Intrater LLP
                                   140 Broadway, Suite 2450
                                   New York, NY 10005
                                   Tel: (646) 205-4350
                                   jacob@agilawgroup.com