UNITED STATES OF AMERICA
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                v.

SAM SPREI,

                Defendant.
-------------------------------------------------------------------X

**NOTICE OF APPEARANCE**
Case No.: 26-MJ-91 (PCG)

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Zach Intrater, Esq., of Agnifilo Intrater LLP, 140 Broadway, Suite 2450, New York, NY 10005 is appearing for defendant SAM SPREI in the above-captioned matter.

Dated: June 11, 2026
       New York, NY

                          Zach Intrater, Esq.
                          Agnifilo Intrater LLP
                          140 Broadway, Suite 2450
                          New York, NY 10005
                          Tel: (646) 205-4350
                          zach@agilawgroup.com