AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN     District of     NEW YORK

USA

Plaintiff (s),

V.

Sprei et al

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   1:26 mj 00091 PCG

Notice is hereby given that, subject to approval by the court,   SAM SPREI   substitutes
(Party (s) Name)

, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of   EZRA E. LENT AND BENJAMIN BRAFMAN
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   Agnifilo Intrater LLP

Address:   140 Broadway, Suite 2450, New York, NY 10005

Telephone:   (646) 205-4350    Facsimile _____

E-Mail (Optional):   ecf@agilawgroup.com

I consent to the above substitution.

Date:   June 11, 2026

_____
(Signature of Party (s))

I consent to being substituted.

Date:   6/10/2026

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   June 11, 2026

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]