**THE VITALIANO LAW FIRM, PLLC**

Michael E. Vitaliano, Esq.
1492 Victory Boulevard
Staten Island, New York 10301
michael@vitalianolawfirm.com

June 9, 2026

**VIA ECF**
Honorable Peggy Cross-Goldenberg
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

Re: USA v. Edward King 26 MJ 91
Request To Modify Conditions of Release

Dear Judge Cross-Goldenberg,

I am appointed counsel to Defendant Edward King in the above-referenced criminal matter. I write to request permission from the Court to modify Mr. King's conditions of release to include travel to the District of New Jersey. Currently, Mr. King is released on a $250,000 bond signed by one suretor. His travel is currently restricted to New York City and Long Island. Mr. King's eldest daughter is currently expecting the birth of his first grandchild. His daughter lives in New Jersey. The details have been provided to pretrial services who have no objection to this request. I've also spoken to AUSA Andrew Wang who has no objection to this request.

I very much appreciate the Court's consideration of this request.

Respectfully Submitted,
/s/ Michael Vitaliano
Michael Vitaliano

cc: All Counsel (via ECF)
    USPS Christian Berzak (via EMAIL)

SO ORDERED.

*Peggy Cross-Goldenberg*

PEGGY CROSS-GOLDENBERG
United States Magistrate Judge

Dated: June 12 , 20 26
    Brooklyn, New York