AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____ NEW YORK

USA

Plaintiff (s),

V.

Sprei et al

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:    1:26 mj 00091 PCG

Notice is hereby given that, subject to approval by the court,    SAM SPREI _____ substitutes
(Party (s) Name)

_____ , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of    EZRA E. LENT AND BENJAMIN BRAFMAN _____ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Agnifilo Intrater LLP

Address:    140 Broadway, Suite 2450, New York, NY 10005

Telephone:    (646) 205-4350    Facsimile _____

E-Mail (Optional): _____

I consent to the above substitution.

Date:    June 11, 2026 _____
(Signature of Party (s))

I consent to being substituted.

Date:    6/10/2026 _____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    June 11, 2026 _____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    July 1, 2026 _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]